Appeal, Fourth Circuit, Parish of St. John the Baptist. 148 So.2d 780.

The application is denied. We find no error of law in the judgment complained of.

150 So.2d 768

**Mrs. Audley DUCROS, Widow of Joseph A. BLYTHE, Joseph A. Blythe, Jr., John Innerarity Blythe and Donald Forbes Blythe,**

**v.**

**ZOR, INC.**

**No. 46643.**

March 25, 1963.

In re: Zor, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 148 So. 2d 832.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.